UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION – DETROIT

IN THE MATTER OF:  
Herman Robinson, III, Debtor(s).  
_____/

CHAPTER 13  
CASE NO. 16-50259-WSD  
JUDGE WALTER SHAPERO

### TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN

**NOW COMES,** the Chapter 13 Trustee, Tammy L. Terry, and objects to confirmation of the Chapter 13 Plan in the above matter pursuant to E.D. Mich. L.B.R. 3015-3(a) and 11 U.S.C. §1307(c)(5) as follows:

1. The Trustee objects to the proposed plan as it is currently underfunded and runs over sixty (60) months in violation of 11 U.S.C. § 1322(d).

2. The Trustee requests that the debtors provide documentation seven (7) days prior to Confirmation that evidences that the debtor has paid all amounts required under a Domestic Support Obligation since the date of filing the Petition, pursuant to 11 U.S.C. §1325(a)(8).

3. The Trustee objects to the debtor's plan language in Section III. B. 1 of the Plan, which requests that the Trustee hold from distribution the sum of $5,000.00. Debtor's counsel has not provided any authority under the E.D. Mich. L.B.R. 2016-1 to hold this amount. The Trustee requests that we only reserve $3,500.00 for attorney fees.

4. The debtor indicates on Schedule I that he receives social security of $2,200.00 a month. The Trustee requests that the debtor provide documentation that supports this monthly income no later than fourteen days prior to confirmation.

5. The debtor testified at the §341 First Meeting of Creditors that he receives an additional $733.00 a month from social security that has not been listed on Schedule I. The Trustee requests that the debtor amend Schedules I and J accordingly.

**WHEREFORE,** the Chapter 13 Trustee requests this Honorable Court deny confirmation of the debtor's (s') Chapter 13 Plan and dismiss this case pursuant to 11 U.S.C. §1307(c)(5).

OFFICE OF THE CHAPTER 13 TRUSTEE-DETROIT  
Tammy L. Terry, Chapter 13 Trustee

September 26, 2016

/s/ *Tammy L. Terry*  
/s/TAMMY L. TERRY (P-46254)  
Chapter 13 Standing Trustee  
/s/ KIMBERLY SHORTER - SIEBERT (P-49608)  
/s/ MARILYN R. SOMERS-KANTZER (P-52488)  
Staff Attorneys  
535 Griswold, Suite 2100  
Detroit, MI 48226  
(313) 967-9857  
mieb_ecfadmin@det13.net

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION - DETROIT

IN THE MATTER OF:

Herman Robinson, III, Debtor(s).
_____/

CHAPTER 13
CASE NO. 16-50259-WSD
JUDGE WALTER SHAPERO

## CERTIFICATE OF MAILING

I hereby certify that on September 29, 2016, a copy of **TRUSTEE'S OBJECTIONS TO CONFIRMATION OF CHAPTER 13 PLAN** was electronically filed with the Clerk of Court, served electronically to the debtor's(s') attorney and a copy of same deposited in the U. S. Mail to the debtor (s) at the address as it appears below.

*/s/ Patrice N. Watson*
For the Office of the Chapter 13 Trustee-Detroit
535 Griswold, Suite 2100
Detroit, MI 48226
(313) 967-9857
mieb_ecfadmin@det13.net

Herman Robinson, III
28052 Rosewood Street
Inkster MI 481410000

Law Office of Afan Bapacker, P.C
16030 MICHIGAN AVE
SUITE 220
DEARBORN, MI 481260000